

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN WILEY PRICE (01)<br>　a.k.a John Wiley Price III<br>KATHY LOUISE NEALY (02)<br>DAPHENY ELAINE FAIN (03)<br>CHRISTIAN LLOYD CAMPBELL (04) | NO. **3-14CR-293-M**<br><br>**FILED UNDER SEAL** |

### ORDER

Before the Court is the Government's Motion to Seal Indictment in the above-captioned criminal case. The Court **GRANTS** the motion.

IT IS THEREFORE ORDERED that the indictment be **sealed.**

IT IS FURTHER ORDERED that the case against all defendants will be **unsealed** upon the arrest or apprehension of any of them.

IT IS FURTHER ORDERED that this order and the accompanying motion be **sealed**.

**SO ORDERED** on this 23 day of July, 2014.

UNITED STATES MAGISTRATE JUDGE

Motion/Order to Seal - Page 3