

United States District Court
Northern District of Texas
Office of the Clerk
Dallas Division

USA

vs

Kathy Louise Nealy

Case Number: 3:14-CR-293-2

Receipt of Passport

---

The deputy clerk below acknowledges receipt of the following Passport.

Identfication Number: 135389874 USA

Tendered by: Self Surrendered In Court

For the Benefit of: Kathy Louise Nealy

Description: USA Passport


Karen Mitchell
Clerk of Court

Mannie Abdulwahab, Deputy Clerk
Date: 07/25/2014