# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

HONORABLE: Paul D. Stickney          PRESIDING: _Stickney_
DEPUTY CLERK: L. Price               COURT REPORTER/TAPE NUMBER: FTR _Archuleta_
LAW CLERK: _____                   USPO: _1:10-1:14_
INTERPRETER: _____                 Date: _7/25/14_

---

Cr.No. 3:14-cr-00293-M *SEALED*                    DEFT. No. _____

UNITED STATES OF AMERICA                §
                                        §   _Walt Junker_____, AUSA
v.                                      §
                                        §   _Cheryl Coatley_____
KATHY LOUISE NEALY (2)                  §   COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

---

### ARRAIGNMENT/REARRAIGNMENT

Time in Court: _____

Trial Status:  ☐ Completed by Jury Verdict   ☐ Continued from Previous Month   ☐ Direct Verdict   ☐ Evidence Entered
               ☐ Hung Jury   ☐ Jury Selection Only, continued   ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
               ☐ Mistrial   ☐ Settled/Guilty   ☐ None

Days in Trial: _____

Hearing Concluded:   ☐ Yes   ☐ No

   ☐ Defendant SWORN.

   ☒ Arraignment   ☐ Rearraignment – Held on Count(s) __1,2-7,8,12_____
      of the __13__ count(s)   ☒ Indictment   ☐ Information   ☐ Superseding Indictment   ☐ Complaint

   ☐ Sentencing Guidelines                                    ☐ Superseding Information

   ☒ Deft enters a pleas of       ☒ Not Guilty    ☐ Guilty    ☐ Nolo

   ☐ Waiver of Jury Trial

   ☐ Waiver of Indictment filed

   ☐ Plea Agreement accepted        ☐ Court defers acceptance of Plea Agreement

   ☐ Plea Agreement filed (see agreement for details)   ☐ No Plea Agreement

   ☐ Plea Agreement included with Factual Resume.

   ☐ Factual Resume filed.

   ☐ Sentencing set   Date: _____   Time: _____

   ☐ Trial set for   Date: _____   Time: _____
         Pretrial motions due: _____   Discovery motions/Government Responses due: _____

   ☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.

   ☐ PSI waiver filed.   PSI due: _____   Pre-sentence Referral Form to: _____

   ☒ Deft Bond   ☒ Set   ☐ reduced to $ _____   ☐ Cash   ☐ Surety   ☐ 10%   ☒ PR

   ☐ Deft failed to appear, bench warrant to issue.

   ☐ Bond   ☐ continued   ☐ forfeited

   ☐ Deft Custody/Detention continued.

   ☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

---

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUL 25 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy