IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | )( | |
| | )( | |
| vs. | )( | CRIM. NO.: 3:14-CR-293-M |
| | )( | |
| KATHY LOUISE NEALY (02) | )( | |

**KATHY NEALY'S MOTION FOR MODIFICATION
OF CONDITIONS OF RELEASE AND
INCORPORATED MEMORANDUM**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, KATHY LOUISE NEALY, and hereby moves the Court to modify her conditions of release to allow her to travel within the United States, with prior notice to the Pre-Trial Services, in relation to her work. Ms. Nealy is associated with 5Linx, a multi-level marketing company. In order to continue her business, Ms. Nealy needs to participate in meetings and conferences that are held by 5Linx. Attendance at such events is very important to Ms. Nealy's ability to earn her income.

WHEREFORE, it is respectfully requested that Ms. Nealy's conditions of release be modified to allow her to travel within the United States related to her business with advance notice of any such travel to be given to Pre-Trial Services.

                Respectfully submitted,

                ____s/ Cheryl B. Wattley
                State Bar No. 20978100
                Law Offices of Cheryl B. Wattley
                3737 Atlanta Street
                Dallas, Texas  75215
                Phone:  (214) 882-0855
                Email:  Cheryl.brown.wattley@gmail.com

## CERTIFICATE OF CONFERENCE

     I hereby certify that on August 28, 2014, Walt Junker and Katherine Miller of the United States Attorney's Office for the Northern District of Texas was contacted regarding this motion and was advised that the United States does **not** oppose the grant of this motion.

                ____s/ Cheryl B. Wattley

## CERTIFICATE OF SERVICE

     I hereby certify that on September 2, 2014, a copy of this motion was served upon all counsel of record by filing with the ECF system for the Northern District of Texas.

                ____s/ Cheryl B. Wattley