IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CR-293-M |
| | § | |
| KATHY LOUISE NEALY (02), | § | |
| | § | |
| Defendant. | § | |

## ORDER OF REFERRAL

Before the Court is Defendant Kathy Louise Nealy's Motion for Modification of Conditions of Release [Docket Entry #41]. The Motion is hereby **REFERRED** to Magistrate Judge Toliver for hearing, if necessary, and recommendation or determination.

All future filings regarding the referred pleadings should be addressed to the United States Magistrate Judge, not to the District Judge, and should be accompanied by a transmittal letter addressed to the Magistrate Judge, so that filings will reach her without delay.

**SO ORDERED**.

September 3, 2014.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
**NORTHERN DISTRICT OF TEXAS**

1