IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § NO. 3-14CR-293-M § |
| V. | § § |
| KATHY LOUISE NEALY(02) | § § |

### ORDER GRANTING MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS

On this date, the Court considered Kathy Louise Nealy's Motion to Modify Pretrial Release Conditions. The Court, having considered the Motion, is of the opinion that the Motion to Modify Pretrial Release Conditions should be granted.

THEREFORE, IT IS ORDERED that Ms. Nealy's Motion to Modify Pretrial Release Conditions is GRANTED. The conditions of release are amended to allow Ms. Nealy to travel within the continental United States. The Defendant or her counsel will notify Pretrial Services and the United States Attorney of her itinerary at least five days before her travel.

Signed this 5 day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
PAUL D. STICKNEY