IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 3:14-CR-293-M |
| | § | |
| CHRISTIAN LLOYD CAMPBELL (04) | § | |

### DEFENDANT'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Terence J. Hart, who has served as lead counsel for defendant Christian Lloyd Campbell, has retired from the law firm of Bracewell & Giuliani LLP, effective July 31, 2015. Accordingly, Mr. Campbell respectfully requests that Mr. Hart be permitted to withdraw as lead counsel, and that Shamoil T. Shipchandler, currently serving as co-counsel for Mr. Campbell, be substituted as lead counsel.

Respectfully submitted,

BRACEWELL & GIULIANI LLP


/s/ Shamoil T. Shipchandler
Shamoil T. Shipchandler
Texas Bar No. 24028533
1445 Ross Avenue, Suite 3800
Dallas, Texas  75202
tel: (214) 468-3800
fax:  (214) 468-3888
email: shamoil.shipchandler@bgllp.com

*Counsel for Christian Lloyd Campbell*

## CERTIFICATE OF CONFERENCE

The government, through Assistant United States Attorney Walt M. Junker, has no objection to the relief sought by this motion.

Dated: August 7, 2015

/s/ Shamoil T. Shipchandler

## CERTIFICATE OF SERVICE

I provided a copy of this motion to all of counsel of record by electronic filing.

Dated: August 7, 2015

/s/ Shamoil T. Shipchandler